IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT COURT OF OKLAHOMA

IN RE:

SHORES, THEODORE HERRING

Debtor(s).

Case No. BK-08-10782-WV
Chapter 7

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW, Susan Manchester, Trustee of the above-captioned bankruptcy matter, pursuant to Bankruptcy Rule 3010 and reports to the Court Clerk that after final distribution the following funds are unclaimed:

CLAIMANT:

KINDRED HOSPITALS EAST LLC                                           2.41

TOTAL:                                                               2.41

DATE: January 4, 2010

SUSAN MANCHESTER, OBA #8825
1100 N. Shartel
Oklahoma City, Oklahoma 73103
(405) 278-8880
CHAPTER 7 TRUSTEE